ORIGINAL

1  MICAH R. JACOBS (State Bar No. 174630)
   MBV LAW LLP
2  855 Front Street
   San Francisco, California 94111
3  Telephone: (415) 781-4400
   Facsimile: (415) 989-5143
4
   Attorneys for Plaintiff
5  MAXIMUM AVAILABILITY LIMITED

6
                              **E-filing**
7

8            UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO OFFICE

11                              CASE No.

CV      09      5745

12

13  MAXIMUM AVAILABILITY LIMITED, a        **COMPLAINT FOR FALSE**
    New Zealand limited liability company  **ADVERTISING, INJUNCTIVE**
                                           **RELIEF AND DAMAGES**
14
              Plaintiff,
15
          v.
16                                         **DEMAND FOR JURY TRIAL**

    VISION SOLUTIONS, INC., a Delaware
17  corporation; WILLIAM HAMMOND, an
    Individual
18
              Defendants.
19

20

21

22

23

24

25

26

27

28

---

**COMPLAINT FOR FALSE ADVERTISING, INJUNCTIVE RELIEF AND DAMAGES**

23832.01\\421212.DOCv2

1

## SUMMARY OF ACTION

2      1.      By way of this Complaint, Plaintiff MAXIMUM AVAILABILITY LIMITED

3 ("MAXIMUM") seeks a temporary restraining order, preliminary injunction and a permanent

4 injunction to stop defendant VISION SOLUTIONS, INC. ("VISION") from disseminating false

5 and misleading statements about MAXIMUM in its advertisements about Plaintiff's products and

6 services, statements that are designed unfairly to lure customers away from MAXIMUM or to

7 compete unfairly for prospective customers in the market served by both VISION and

8 MAXIMUM. Plaintiff also seeks monetary damages to compensate Plaintiff for actual harm that

9 was inflicted by VISION in respect of customers or potential customers who relied on VISION's

10 false and misleading advertising. MAXIMUM has suffered and continues to suffer irreparable

11 harm and monetary damages as a result of VISION's misleading advertising

12      2.      Plaintiff MAXIMUM and defendant VISION are direct competitors. They each

13 sell software systems designed to work with IBM server products to provide customers with data

14 management and data security with "high availability, disaster recovery systems." This action

15 arises out of seriously false and misleading statements by VISION in various of its printed

16 advertising and marketing materials which its distributes to its existing and prospective

17 customers, in violation of the Lanham Act, § 43(a), 15 U.S.C. § 1125 and the unfair competition

18 and related laws of the state of California.

19

## THE PARTIES

20      3.      Plaintiff MAXIMUM is a New Zealand limited liability company, with its

21 principal place of business at Building G, 29 William Pickering Drive, Albany, Auckland, New

22 Zealand. MAXIMUM sells software technology solutions to customers around the world that

23 provide "high availability and disaster recovery" solutions to help businesses that use IBM

24 servers protect and secure important company data.

25      4.      Defendant VISION is a Delaware corporation with its principal place of business

26 at 15300 Barranca Parkway, Irvine, California 92618. VISION and MAXIMUM are direct

27 competitors in the area of high availability disaster recovery systems. VISION claims that it is

28 "the leading global provider of high availability, disaster recovery and system management

1

**COMPLAINT FOR FALSE ADVERTISING, INJUNCTIVE RELIEF AND DAMAGES**
23832.01\\421212.DOCv2

M B V   L A W   L L P
8 5 5   S A N   F R A N C I S C O   Z O   S T R E E T
S A N   F R A N C I S C O ,   C A   9 4 1 1 1

1 software solutions" for certain IBM server systems.

2     5.    Defendant WILLIAM HAMMOND ("HAMMOND"), is an individual who

3 Plaintiff is informed and believes resides in Illinois. HAMMOND is the Director of Product

4 Marketing for Defendant VISION, and his name appears on some of the offending advertising

5 and marketing materials at issue herein. Plaintiffs are informed and believe and based thereon

6 allege that HAMMOND participated directly in the making of numerous false and/or misleading

7 statements of fact disparaging Plaintiff MAXIMUM, its products and services.

8 ## JURISDICTION AND VENUE

9     6.    This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C.

10 § 1121 and 28 U.S.C. §§ 1331 and 1367

11     7.    This Court has jurisdiction over VISION because it transacts business in the City

12 of Irvine, County of Orange, State of California, and is otherwise subject to jurisdiction in this

13 state. In addition, VISION has committed tortious acts within this state and/or committed

14 tortious injury in this state caused by an act or omission outside this state and engaged in other

15 persistent courses of conduct in this state.

16     8.    Venue in this District is proper pursuant to 28 U.S.C. § 1391.

17 ## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

18 ## Fierce Competition Between VISION and MAXIMUM

19     9.    For the last several years, there has been fierce competition in the market for data

20 disaster recovery software solutions designed to work with certain IBM server systems.

21 Defendant VISION is the largest company serving this market and it has increasingly resorted to

22 using unfair and anti-competitive tactics, including the use of false and/or misleading statements

23 about competitors in its advertising and marketing materials, which Defendant VISION has used

24 to try to protect its perceived dominance and to prevent competitors who have superior products

25 and services from increasing their market share.

26     10.    Plaintiff MAXIMUM entered the market several years after VISION by offering

27 high-end, high-availability disaster recovery systems, systems that in many ways are superior to

28 VISION's older products. Since it entered the market, Plaintiff has enjoyed a growing customer-

2

**COMPLAINT FOR FALSE ADVERTISING, INJUNCTIVE RELIEF AND DAMAGES**
23832.01\\421212.DOCv2

1    base and increasing market-share among small, medium and large companies seeking to protect

2    their data with disaster recovery systems designed specifically to work with their IBM systems.

3    The market for these products is growing and the companies serving this market are actively and

4    aggressively seeking to maintain and grow their existing customers and to entice new customers

5    by providing better quality, better price or some other value deemed by purchasing customers to

6    be material to their decision to purchase such data recovery software licenses and associated

7    services.

8         11.   While defendant VISION is the oldest and largest seller of such disaster recovery

9    software systems in the world, Plaintiff MAXIMUM developed and sells competing systems

10   which feature a more advanced architecture, and it is one of a handful of companies that are now

11   more recently competing with VISION and progressively eroding its share of the marketplace. In

12   response, VISION has resorted to disseminating false and/or misleading statements of fact about

13   Maximum's solutions and its products and services in printed marketing materials that directly

14   target and disparage Plaintiff and its products and services.

15                **Summary of the VISION False and Misleading Statements**

16        12.   In a document dated June 20, 2009, and entitled *Product Marketing Competitive*

17   *Brief – Maximum Availability "noMAX"*, a true and correct copy of which is attached hereto as

18   Exhibit A, VISION makes numerous false and/or misleading statements of fact about Plaintiff

19   MAXIMUM, its products and its services, and Plaintiff is informed and believes, and based

20   thereon alleges, that VISION then distributed this document (Exhibit A) and/or the false

21   information contained therein to customers and potential customers in the market for disaster

22   recovery systems designed for the IBM server models. VISION's "Competitive Brief" purports

23   to offer such prospective customers a legitimate comparison of VISION's products to Plaintiff's

24   products, but in fact VISION makes numerous intentionally false and/or misleading statements of

25   fact disparaging Plaintiff's products and services in violation of the Lanham Act and related state

26   laws. Defendant HAMMOND's name and contact details are included on the document, and the

27   properties field of the document reflects that "hammondw" was the author.

28        13.   Another document entitled *Vision HA vs. Maximum Avaialability "noMAX"*

3

**COMPLAINT FOR FALSE ADVERTISING, INJUNCTIVE RELIEF AND DAMAGES**
23832.01\\421212.DOCv2

1  *Product Comparison*, a true and correct copy of which is attached as Exhibit B, which VISION

2  has also been distributing to entice prospective customers to move away from Plaintiff's

3  products, makes numerous false and/or misleading statements of fact disparaging Plaintiff's

4  products and services. The properties field of this document also shows that it was created on 10

5  June 2008, and that "hammondw" was the author. In response to demands from Plaintiff that

6  VISION immediately cease its use of these and other false marketing materials, VISION did not

7  deny using and distributing these documents (Exhibits A and B) to prospective customers.

8  Rather, VISION claimed only that it tried to keep these marketing materials confidential so that

9  Plaintiff would not be able to discover that VISION was distributing false and misleading

10  statements to prospective customers in its so-called "competitive briefs."

11     14.     The documents attached as Exhibits A and B contain numerous false and

12  misleading statements, including without limitation statements designed to mislead the customer

13  or prospective customer into believing that Plaintiff MAXIMUM is an immature company with

14  inferior product "Functionality," inferior "Reliability," and inferior "Services and Support,"

15  among other false statements. VISION brazenly asserts that "over 80 customers have replaced"

16  Maximum's products with Defendant's products. That is an entirely untrue factual statement. In

17  fact, very few customers of MAXIMUM have ever replaced their systems with those developed

18  by VISION (the predominant trend is the other way).

19     15.     Likewise, VISION falsely claims that Plaintiff's products "can take more than 30

20  days [to install and train] because of the custom coding and testing,".

21     16.     Defendant VISION also falsely describes Plaintiff's support services to mislead

22  the customer into believing that Plaintiff is a small company that has a limited support staff, as if

23  they were operating out of a basement in New Zealand. In truth, Plaintiff offers world-wide

24  support, and has support staff in the United States, the United Kingdom, Japan and New Zealand.

25  Plaintiff's commitment to support is second to none, and Plaintiff's support staff can be contacted

26  by telephone or email directly at any time, day or night, 24x7. Plaintiff's support staff has and

27  continues to provide full support directly to the hundreds of companies using Plaintiff's products

28  and services in over 30 countries throughout the world.

4

**COMPLAINT FOR FALSE ADVERTISING, INJUNCTIVE RELIEF AND DAMAGES**
23832.01\\421212.DOCv2

1    17.    In Exhibits A and B, and perhaps other materials or false statements that Plaintiff

2  has not discovered yet, VISION repeatedly, dramatically and materially misrepresents the

3  characteristics and capabilities of MAXIMUM's software systems in a deliberate effort to

4  deceive and induce customers and prospective customers not to purchase Plaintiff's superior

5  products, in violation of the Lanham Act and related state law claims. Plaintiff is informed and

6  believes that it has incurred actual harm and lost profits as a result of defendants' false

7  advertising and unfair competition.

8                        **VISION's Prior Acts of False Advertising and Unfair Competition**

9    18.    This is not the first time that VISION has resorted to unfair and anti-competitive

10  behavior to preserve its dwindling market share. In addition to the recently discovered "*Product*

11  *Marketing Competitive Brief – Maximum Availability \*noMAX*" (Exhibit A) and "*Vision HA vs*

12  *Maximum Availability \*noMAX Product Comparison*" (Exhibit B), discussed above, VISION

13  distributed false and/or misleading statements about MAXIMUM on (at least) two prior

14  occasions.

15    19.    In or around June 2006, VISION created and distributed a HA product comparison

16  spreadsheet entitled "*Echo2 Competition Comparison,*" which claimed to compare the key

17  product features of six HA / DR software products available in the IBM System-i server market

18  for the United States, a true and correct copy of which is attached and marked Exhibit C.

19  Metadata embedded in the offending spreadsheet identifies Vision iTERA as the authoring

20  company of the false and misleading spreadsheet. VISION provided this spreadsheet to its

21  software reseller, BCS Group Inc, which then used the spreadsheet in an attempt to entice

22  MAXIMUM's resellers to switch their supplier and stop reselling Plaintiff's products and

23  services.

24    20.    In Exhibit C, VISION falsely claimed that Plaintiff's software had inferior

25  functionality, and lacked "*user profiles*", "*spool files*", journal based "*data areas*" and "*data*

26  *queues*". In fact, Plaintiff's software included those features and many of the features falsely

27  listed on Exhibit C were provided by Plaintiff as early as 2002.

28    21.    The spreadsheet Exhibit C also falsely represents the characteristics and

5

MBV LAW LLP
855 FRONT STREET
SAN FRANCISCO, CA 94111

1    capabilities of MAXIMUM's product *noMAX in a deliberate effort to deceive and induce the
2    public not to purchase MAXIMUM 's software.

3        22.    Similarly, in March 2008, MAXIMUM discovered that VISION had created and
4    distributed a document entitled "*Spring 2008 PartnerWire Bulletin*" and "*CBSI Case Study*", in
5    which it made several false and misleading statements regarding MAXIMUM's product
6    *noMAX. A true and correct copy of this document is attached hereto as Exhibit D.

7        23.    The *PartnerWire Bulletin* falsely describes a CBSI Case Study by claiming sub-
8    standard performance of *noMAX and describing CBSI's subsequent implementation of
9    VISION's competing software product. The false and misleading statements were designed to
10   mislead the readers into believing that *noMAX was an inferior software product.

11       24.    VISION entitled the bulletin "*This Partner Said "No" to *noMAX*" and attached
12   the CBSI case study, making various claims including:

13              •    "*With its highly complex role-swap process, the *noMAX solution
14                   was not meeting CBSI's high standards*".

15       25.    The President of CBSI (Randy Downing) has confirmed in writing to MAXIMUM
16   that the above comments in question were unauthorized, and the Case Study it had provided to
17   VISION related to a previous software product that CBSI was replacing, and was **not** a reference
18   to *noMAX. The software product described in the Case Study was in fact CBSI's own earlier
19   proprietary "SOR" software.

20       26.    VISION falsely attributed the derogatory comments in the Case Study to
21   *noMAX to encourage its business partners (to whom the *PartnerWire Bulletin* was distributed)
22   to actively propagate such false and defamatory information, with the intention of influencing the
23   purchasing decisions of customers and potential customers in the HA/DR market. The
24   *PartnerWire Bulletin* stated:

25              •    *And if you'd like to learn more about how to replace *noMAX in your territory,
                    or about adding hosted DR to your offerings, contact your Vision Solutions rep
26                  or e-mail me at bob.johnson@visionsolutions.com*

27       27.    VISION does not deny distributing the false and misleading statements
28   disparaging MAXIMUM's products.

6

MBV LAW LLP
855 FRONT STREET
SAN FRANCISCO CA 94111

1    28.    MAXIMUM's New Zealand attorneys, Clendons, wrote to VISION on 26 March

2    2008 seeking (amongst other things) immediate assurances that the *PartnerWire Bulletin* would

3    be withdrawn. No reply was received. A copy of the letter is attached and marked Exhibit E.

## VISION's Advertisements Have Caused and Are Continuing to Cause Irreparable Harm to MAXIMUM

6    29.    Defendant VISION's use of the afore-mentioned advertisements and marketing

7    materials to convey that Plaintiff's products are immature, unreliable, not adequately supported

8    and lacking important functionality, among other false statements, and its efforts generally to

9    portray Plaintiff's products and services as inferior by making false and/or misleading statements

10   about Plaintiff's products and services, has caused and will continue to cause irreparable and

11   financial harm to Plaintiff, as customers or prospective customers of Plaintiff have relied on

12   Defendants' false statements to Plaintiff's detriment.

13   30.    VISION's false and misleading statements have caused injury to MAXIMUM and

14   unless enjoined will continue to injure Maximum's goodwill and will inhibit growth of its market

15   share, causing significant damages. In addition to an immediate injunction, Plaintiff seeks an

16   order requiring VISION to immediately identify each and every customer, prospective customer,

17   and any other persons or entities to whom VISION gave a copy of any of the offending materials

18   (or conveyed the information contained therein in any form or manner, including verbally), and

19   that VISION also immediately distribute corrective advertisements and notices (in approved

20   form) that retract all false and misleading information distributed to date.

21   ## FIRST CLAIM FOR RELIEF

22   ## (False Advertising in Violation of The Lanham Act, 15 U.S.C. § 1125(a))

23

24   31.    Plaintiff MAXIMUM repeats, re-alleges, and incorporates the allegations set forth

25   in paragraphs 1 through 30 above as if fully set forth herein.

26   32.    Defendants VISION and HAMMOND have made and are making false and/or

27   misleading statements of fact about Plaintiff's products and services in its advertising and

28   marketing materials, including certain written materials they distribute to customers and potential

7

COMPLAINT FOR FALSE ADVERTISING, INJUNCTIVE RELIEF AND DAMAGES
23832.01\\421212.DOCv2

1  customers in the relevant marketplace.

2      33.    The Defendants' false and/or misleading statements of fact have actually deceived
3  or have the capacity to deceive a substantial portion of the intended audience in the relevant
4  marketplace.

5      34.    The Defendants' false and/or misleading statements of fact are material in that
6  they are likely to influence the purchasing decisions of customers in the market for the software
7  system disaster recovery systems sold by both Plaintiff and Defendant.

8      35.    The Defendants' false and/or misleading statements have caused injury to
9  MAXIMUM and unless enjoined Defendants will continue to irreparably injure MAXIMUM's
10  goodwill and its market share. In addition, the Defendants' anti-competitive behavior and false
11  and misleading advertising has caused and will continue to cause monetary harm to Plaintiff by
12  diverting sales away from Plaintiff that otherwise would have gone to Plaintiff.

13      36.    The Defendants' representations in its advertisements and marketing materials
14  have traveled in interstate commerce, and Defendant VISION sells its products in interstate
15  commerce.

16      37.    The Defendants' conduct constitutes false advertising in violation of the Lanham
17  Act, § 43(a), 15 U.S.C. § 1125(a).

18      38.    Based on the Defendants' false and/or misleading advertisements, MAXIMUM is
19  entitled to a temporary restraining order, an order disclosing the names and contact details of all
20  recipients of the false information, a preliminary injunction, and a permanent injunction.

21      39.    The balance of the harms supports issuance of a temporary restraining order, an
22  order disclosing the names and contact details of all recipients of the false information, a
23  preliminary injunction, and a permanent injunction.

24      40.    Issuance of a temporary restraining order, an order disclosing the names and
25  contact details of all recipients of the false information, preliminary injunction, and permanent
26  injunction would promote the public interest.

27      41.    Plaintiff MAXIMUM has suffered and will continue to suffer irreparable harm
28  and monetary damages and lost profits, all as a result of the Defendants' false and/or misleading

8

**COMPLAINT FOR FALSE ADVERTISING, INJUNCTIVE RELIEF AND DAMAGES**
23832.01\\421212.DOCv2

1  advertising.

2     42.   As described in 15 U.S.C. § 1117, Plaintiff MAXIMUM is entitled to treble

3  damages as a result of the Defendants' violation of 15 U.S.C. § 1125(a).

4     43.   This is an exceptional case as described in 15 U.S.C. § 1117 that entitles

5  MAXIMUM to reasonable attorneys' fees.

6  ## SECOND CLAIM FOR RELIEF

7
## (False Advertising in Violation
## of California's False Advertising Act B&P Code § 17500)
8

9     44.   MAXIMUM repeats, re-alleges, and incorporates the allegations set forth in

10  paragraphs 1 through 43 above as if fully set forth herein.

11     45.   VISION's false and/or misleading statements of fact in its advertising and

12  marketing materials violate the California False Advertising laws as set forth in the California

13  Business & Professions Code, Section 17500 *et seq*.

14     46.   Based on VISION's false and/or misleading statements of fact in its advertising

15  and marketing materials, MAXIMUM is entitled to a temporary restraining order, an order

16  disclosing the names and contact details of all recipients of the false information, preliminary

17  injunction, and permanent injunction.

18     47.   The balance of the harms supports issuance of a temporary restraining order, an

19  order disclosing the names and contact details of all recipients of the false information,

20  preliminary injunction, and permanent injunction.

21     48.   Issuance of a temporary restraining order, an order disclosing the names and

22  contact details of all recipients of the false information, preliminary injunction, and permanent

23  injunction would promote the public interest.

24     49.   MAXIMUM has also suffered and will continue to incur significant monetary

25  damages due to its lost sales as a result of VISION's false and/or misleading advertisements.

26  ## THIRD CLAIM FOR RELIEF

27  ### (California Unfair Business Practices--B&P Code § 17200)

28     50.   MAXIMUM repeats, re-alleges, and incorporates the allegations set forth in

9

M B V   L A W   L L P
855 FRANCISCO   ZINZO   STREET
SAN FRANCISCO   CA 94111

1   paragraphs 1 through 49 above as if fully set forth herein.

2       51.    VISION has engaged in a course of conduct designed to preserve its eroding

3   market dominance from new competitors that offer superior products and services, and it has

4   competed unfairly by disparaging Plaintiff's products and services and by making numerous false

5   and/or misleading statements of facts to customers and in various advertising and marketing

6   materials, which its representatives, including defendant HAMMOND, give to existing and

7   prospective customers to entice them to purchase VISION's products by falsely describing

8   Plaintiff's products and services.  Defendants' conduct has damaged and continues to damage

9   MAXIMUM.

10       52.    VISION's false and/or misleading advertisements, which are intended to entice

11   prospective customers to reject Plaintiff's products and services and to instead choose VISION's

12   products and services, constitutes unfair competition under California law, and VISION has

13   violated and is violating the provisions of the California Business and Professions Code §§ 17200

14   *et seq.*

15       53.    As a result of VISION's deceptive and unfair trade practices, MAXIMUM is

16   entitled to a temporary restraining order, an order disclosing the names and contact details of all

17   recipients of the false information, a preliminary injunction, and a permanent injunction.

18       54.    The balance of the harms supports issuance of a temporary restraining order, an

19   order disclosing the names and contact details of all recipients of the false information, a

20   preliminary injunction, and a permanent injunction.

21       55.    Issuance of a temporary restraining order, an order disclosing the names and

22   contact details of all recipients of the false information, a preliminary injunction, and a permanent

23   injunction would promote the public interest.

24       56.    MAXIMUM has suffered and will continue to suffer irreparable harm and

25   monetary damages and lost profits, all as a result of VISION's misleading advertisements.

26       57.    As a result of VISION's unfair competition, Plaintiff is entitled to an order of

27   restitution and disgorgement of profits from Defendants.

28       WHEREFORE, MAXIMUM seeks relief as follows:

10

**COMPLAINT FOR FALSE ADVERTISING, INJUNCTIVE RELIEF AND DAMAGES**

1     (1)      A temporary restraining order, a preliminary injunction, and a permanent

2 injunction enjoining VISION, and its officers, agents, servants, employees, attorneys, successors

3 and assigns, and all others in active concert or participation, from disseminating any false and

4 misleading statements, including the statements set forth in Exhibits A, B, C and D of this

5 Complaint, which are incorporated herein;

6     (2)      An Order that Defendants identify and distribute corrective advertising (in

7 approved form) to each and every recipient of the false and/or misleading advertising and

8 marketing materials (and/or the information contained therein);

9     (3)      Compensatory, lost profit, and other damages available at law to compensate

10 MAXIMUM for the injuries caused by VISION's misconduct;

11     (4)      Prejudgment and post-judgment interest on any monetary award to MAXIMUM;

12     (5)      Treble damages under 15 U.S.C. § 1117;

13     (6)      A finding that this is an "exceptional" case under 15 U.S.C. § 1117, and an award

14 of attorneys' fees and costs;

15     (7)      A trial by jury on all issues so triable; and

16     (8)      An award of such other and further relief as this Court deems just and proper.

17 DATED:      December 7, 2009      MBV LAW LLP

18

19      By_____

     MICAH R. JACOBS

     Attorneys for Plaintiff

20      MAXIMUM AVAILABILITY LIMITED

21

22                    **DEMAND FOR JURY TRIAL**

23      Plaintiff MAXIMUM AVAILABILITY LIMITED hereby demands a jury trial on all

24 issues triable by a jury.

25 DATED: December 7, 2009      MBV LAW LLP

26

27      By_____

     MICAH R. JACOBS

     Attorneys for Plaintiff

28      MAXIMUM AVAILABILITY LIMITED

11

Exhibit A



## Product Marketing Competitive Brief

## Maximum Availability *noMAX

*June 20, 2009*

### Overview of Maximum Availability

Maximum Availability is a small New Zealand company who builds HA products for the small-to-medium customer marketplace. Their *noMAX family of products are low cost and are based on remote journaling but they lag behind significantly in functionality, reliability and support compared to Vision offerings. *noMAX has been popular with some SMBs in the past (particularly in New Zealand and Australia) because of low cost, however iTERA HA offers an easier to use product with superior functionality and support for a similar price. Maximum Availability claims to have over 200 customers spread over 40 countries. Maximum Availability executives have been quoted in the press claiming dramatic growth percentages. Make prospects aware that when a company has such a small installed base, it can claim large percentage growth increases with a relatively small number of new customers.

### Product Overview

*noMAX is a collection of products (based on remote journaling) which can be combined with custom code to create simple low cost HA solutions aimed at SMB customers. There are three products in the *noMAX family: *noMAX Sentry, *noMAX Defender, and *noMAX Garrison. Each of the products has a different set of functionality and price point. The chart below gives a quick reference on the key capabilities included in each version.

| *noMAX Product Features | SENTRY | DEFENDER | GARRISON |
|---|---|---|---|
| DATA REPLICATION | • | • | • |
| LIBRARY REPLICATION | • | • | • |
| CUSTOMIZED APPL. PROGRAMS | LIMITED | UNLIMITED | UNLIMITED |
| DATABASE STAGING | • | • | • |
| DYNAMIC DATABASE MANAGEMENT | | • | • |
| ROLE SWAP | | • | • |
| USER PROFILE REPLICATION | | • | • |
| OBJECT REPLICATION | | • | • |
| IFS REPLICATION | | | • |
| GRAPHICAL COMMAND CENTRE | • | • | • |
| STANDARD TOOL SET | • | •[1] | •[2] |
| ADVANCED TOOL SET | | • | •[*] |
| UTILITY SUITE | | | • |

[1] incorporated within Advanced Tool Set  [2] incorporated within Utility Suite

*noMAX Sentry only provides a basic replication capability. It does not protect user profiles, system objects, IFS data or provide role swap ability. This is a very limited amount of functionality and can hardly be considered a viable data protection option for most companies.

*noMAX Defender adds the support for role swap, user profiles and system objects but still leaves IFS data unprotected. Again, this is a very large vulnerability for most customers.

*noMAX Garrison adds IFS replication to the Defender features set and is the only product of the three that provides even the basic minimum level of functionality to be considered a viable HA solution.

### Competitive Differentiators

#### Better Reliability

- *noMAX products are less mature and require careful implementation, custom coding and testing. Our solutions are all complete, mature products with all functionality built in.
- iTERA HA does not introduce down time during a Role Swap Test. iTERA HA CACHe technology allows role-swap tests without down-time but *noMAX typically requires days of planning and weekends working to execute every role swap test.
- iTERA HA typically takes only 5 days to install and train. *noMAX can take more than 30 days because of the custom coding and testing.



- *iTERA HA keeps your backup database role-swap-ready (RSR) automatically. iTERA HA uses exclusive autonomic technology to automatically repair any situations that could damage RSR status but \*noMAX produces reports of mirroring issues which have to be corrected manually.*
- *iTERA HA provides real-time repair of any out of sync condition with the exclusive CACHe technology. \*noMAX recently introduced a new autonomics module but it is not a real-time solution and audits must be initiated by the user and repairs are made only after the fact – not in real-time like iTERA HA.*
- *Vision has the strongest relationship with IBM Rochester of any HABP. Maximum Availability has struggled to gain recognition or co-operation from IBM Rochester and therefore lags years behind in HA functionality. Vision Solutions is the only HA provider recognized by IBM as a Premier Business Partner.*

### Easier-to-Use
- *iTERA HA typically takes only 5 minutes per day to manage. \*noMAX takes 30+ minutes a day to manage.*
- *iTERA HA can be managed with less experienced staff. iTERA HA executes most management tasks automatically but \*noMAX requires staff to study reports of problems and take action manually or to customize code.*
- *iTERA HA auto-registers new objects, files and libraries dynamically. With \*noMAX Sentry, if a new file is added to the library you're replicating, you'll need to tell \*noMAX about it manually before it's replicated.*

### Better Support
- iTERA HA is a 24x7, globally supported product. \*noMAX has a limited number of support staff in New Zealand and an immature partner network so support is inconsistent and limited.

### Better Feature set for Enterprise Accounts
ORION HA and MIMIX HA both offer superior support for Enterprise customer needs:

- **Ability to work in mixed environments** – *Many customers need to use logical replication (Vision HA solutions) alongside newer IBM technologies like iASP and XSM. ORION AND MIMIX products have been supporting these technologies for years and have many successful customer implementations.*

- **Clustering** – *None of the \*noMAX products support clustering of any kind. Vision has more customers using advanced clustering capabilities than any of our competitors.*

- **Better Data Integrity for Advanced Database features** – *More and more customers are implementing modern applications that make heavy use of database features like logical files and constraints. Understanding and correctly processing transactions for these customers is critical to data integrity and ultimately the switch ready status of the HA environment. Vision products were the first in the market to support these environments. As IBM continues to provide additional database capabilities, ORION and MIMIX will continue to embrace, enhance and extend these features to provide value for enterprise customers.*

### IBM's Endorsement of Vision Solutions
If customers, partners or prospects are looking for reassurance about IBM's support for Vision Solutions, you can refer them to these type of comments from IBM executives:

*"Vision Solutions has leadership technology assets, services competencies, global reach and the financial strength necessary to take business resiliency to an entirely new level for our clients and partners."*
Mark Shearer, general manager, IBM System i

*"...high availability solutions in the System I marketplace include the well-established product portfolio of Vision solutions, one of our most important Premier Business Partners."*
Silvia Galvan, VP, Worldwide Sales, IBM Business Systems
Stephan Leonard, Vice President, Worldwide Sales, IBM Power Systems

### Questions or More Information:

Bill Hammond
Director, Product Marketing
bill.hammond@visionsolutions.com

# Vision HA Vs Maximum Availability *noMAX ◆ VISION SOLUTIONS®

## Vision HA

**Functionality** ☆☆☆☆☆☆
- Most mature self-managing functionality in industry
- Most mature role-swap available in industry
- Optimized products for SMB and Enterprise

**Reliability** ☆☆☆☆☆☆
- 6,000+ customers using it – production proven
- First implementations in 1990 (18 years experience)
- Many customers do weekly role swap tests
- Long list of reference customers

**Services & Support** ☆☆☆☆☆☆
- 400 certified business partners
- Turn-key implementation services
- Many global and local 24X7 support centers

**Strategic Choice** ☆☆☆☆☆☆
- Vision has 100 developers working on it
- Roadmap announced for 5+ years into the future
- The industry benchmark for HA & DR
- Many more innovations coming
- Vision's core business (not a portfolio filler)
- Incremental investment of $5m over next 2yrs

## Maximum Availability *noMAX

**Functionality** ☆☆☆☆☆☆
- Built for SMB, not enterprise
- Very Immature IFS & spool file functionality
- Very Immature self-managing functionality
- Very immature monitoring functionality
- Very Immature role-swap functionality
- Very Immature enterprise functionality
- Intrusive to the environment (*changes system library list*)
- Coding and customization needed to implement

**Reliability** ☆☆☆☆☆☆
- Vision HA has replaced NOMAX 80+ times
- 80% of customers never done a role-swap test
- 50% of customers don't know if they are role-swap-ready
- Very few large customers

**Services & Support** ☆☆☆☆☆☆
- Limited network of local business partners
- Projects don't include role swap tests
- Lots of customization – makes it difficult to upgrade
- Little or no 24X7 support (*only available in New Zealand*)

**Strategic Choice?** ☆☆☆☆☆☆
- Limited development and innovation resources available
- Small company, long way away
- Missing many key HA functionality requirements

Leaders Have Vision™                                    visionsolutions.com   1

# Countering False Claims in the Marketplace ◆ VISION® SOLUTIONS

## Vision HA products are harder to use than *noMAX

• *TRUTH* – Very immature self-healing capability in *noMAX means that latency issues, failed updates and other issues must all be handled manually by the operator. Role-swap tests introduce down-time for *noMAX customers.

## *noMAX has never been replaced by Vision HA

• *TRUTH*– Over 80 customers have replaced *noMAX with a Vision HA product.

## *noMAX uses less CPU than Vision HA

• *TRUTH* – Both Vision HA & *noMAX use remote journaling, so CPU utilization on production is similar.

## *noMAX customers perform regular role-swap tests

• *TRUTH* – *noMAX implementations don't include a role-swap test, role-swaps need customizing, most replacements were made because of failed role-swap or never role-swap ready.

## *noMAX is non-intrusive to the environment

• *TRUTH* – Changes system library list and overrides functionality of some IBM i CL commands. Could negatively impact other applications.

## No programming skills required for *noMAX

• *TRUTH* – Comes with a tools library with source code so that you can complete many important capabilities during the install, including role-swap. This makes it difficult to upgrade later.

| | Echo2 | VSEE | Orion Pro | MIMIX 11A1 | MIMIX Lite | Recmax | Remark |
|---|---|---|---|---|---|---|---|
| **Journal Based Data Base Replication** | | | | | | | |
| Native Remote Journal | Y | N | N | N | N | Y | |
| One key remote journal setup | Y | Y | Y | Y | Y | N | |
| Data Areas | Y | Y | Y | Y | Y | N | |
| Data Queues | Y | Y | Y | Y | Y | N | |
| Commitment Control | Y | Y | Y | Y | Y | N | |
| Referential Integrity / Constraints | Y | Y | Y | Y | Y | N | |
| Triggers | Y | Y | Y | Y | Y | N | |
| Lob Support | Y | Y | Y | Y | Y | N | |
| File Re-org | Y | Y | Y | Y | Y | N | |
| Multiple journals per library | Y | Y | Y | Y | Y | N | |
| Multiple journals per data group | N/A | N | N | N | N | N/A | |
| Intelligent laxing of apply job | Y | N | N | N | N | N | |
| Apply acceleration technology | Y | N | N | N | N | N | |
| Duplicate copies of journal receivers internally using user space | N | Y | N | Y | Y | N | unnecessary complicated data group or link concept |
| Local Journaling, local harvest and send | N | Y | Y | Y | Y | N | |
| Source Side Filtering | N | Y | Y | Y | N | N | Source Side Filtering use much CPU on the Production box and only applicable to local journal technology |
| **Operational Management** | | | | | | | |
| Journal Management - Source | Y | Y | Y | Y | Y | N | |
| Journal Management - Target | Y | Y | Y | Y | Y | N | |
| Journal Management - Target | Y | Y | Y | Y | Y | N | |
| Journal Never Overflow although product not Active | Y | N | N | N | N | N | |
| Support for Batch Journal Cache | Y | Y | N | Y | Y | N | |
| Provide Complete and Easy Daily and Weekly Checklist | Y | N | N | N | N | N | |
| Self monitoring, self managed | Y | N | N | N | N | N | |
| Automatic to clean up log space periodically needed | Y | N | N | N | N | Y | |
| Automatic Housekeeping | Y | Y | Y | N | N | Y | |
| Time needed per day to manage the HA system on average | 15 min | 2hr | 2hr | 2hr | 2hr | N/A | |
| Single efficient job reading the Audit journal | Y | N | N | N | N | N | |
| Automatic Heal at record level | Y | N | N | N | N | N | |
| High demand on resources on Production Machine | N | Y | Y | Y | Y | N | |
| **System critical objects** | | | | | | | |
| Real time replication of library based objects | Y | Y | Y | Y | Y | N | |
| User Profiles | Y | Y | Y | Y | Y | N | |
| Device Configuration | Y | Y | Y | Y | Y | N | |
| Directory Entries | Y | Y | Y | Y | Y | N | |
| Spool Files | Y | Y | Y | Y | Y | N | |
| Job Scheduler | Y | Y | Y | N | N | N | |
| Websphere MQ Support | Y | Y | N | Y | Y | N | |
| SVF Support | Y | Y | Y | Y | Y | N | |
| **Data Integrity** | | | | | | | |
| Object/File Attribute Audit | Y | Y | Y | Y | Y | N | |
| Autonomic audit resync | Y | N | N | N | N | N | |
| Patent pending data integrity check (CACHe2 technology) | Y | N | N | N | N | N | |
| Self Heal Technology integration into the replication stream | Y | N | N | N | N | N | |
| Object resync using network | Y | Y | Y | Y | Y | N | |
| Mirror Journal display to look for cold start points | N | Y | Y | Y | Y | N | |
| **Installation** | | | | | | | |
| Implementation service provided | Y | Y | N | Y | Y | N | |
| One single Integrated product | Y | N | N | N | N | Y | |
| Fast Implementation in a week | Y | N | N | N | N | N/A | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Software automatically install on backup when installed on Primary | Y | N | N | N | N | N | N |
| License fee charged only on the Production machine | Y | N | N | N | N | N | N |
| Library replicate quickly upon installation via network | Y | N | N | N | N | N | N |
| Requires Tape for Save/Restore during initial Library Sync | N | Y | Y | Y | Y | Y | Y |
| **Enforcement** | | | | | | | |
| TCP/IP Communication Protocol | Y | Y | Y | Y | Y | Y | Y |
| LPAR support | Y | Y | Y | Y | Y | Y | Y |
| GUI Interface | Y | N | N | Y | Y | Y | Y |
| Multi OS Support | Y | Y | Y | N | N | N | N |
| iSKDS | Y | Y | Y | Y | Y | Y | Y |
| Proprietary TCP/IP application | N | Y | Y | Y | Y | Y | N |
| SNA Support | N | N | N | Y | N | N | N |
| **IFS Replication** | | | | | | | |
| Journal Based | Y | Y | Y | Y | Y | Y | N |
| Object Based | Y | Y | Y | Y | Y | Y | Y |
| MQSeries V5R3 via Remote Journaling | Y | N | N | N | N | N | N |
| MQSeries V5R3 | Y | N | N | Y | Y | Y | N |
| **Role Swap** | | | | | | | |
| Role Over Service provided | Y | Y | Y | Y | Y | Y | N |
| Parallel Test Option | Y | N | N | N | N | N | N |
| Conditive Rollover Check(s) provided | Y | N | N | N | N | N | N |
| System Rollover and Rollback | Y | Y | Y | Y | Y | Y | N |
| E2K2 technology to determine role readiness | Y | N | N | N | N | N | N |
| OS/400 Clustering Support | Y | Y | Y | Y | Y | Y | N |

Exhibit D

 

News & Resources for Vision Solutions Business Partners

## Compete and Replace:

*Spring 2008*

### This Partner Said "No" to *noMAX

*By Bob Johnson, Senior Vice President, Sales*

You're hearing more these days about Software as a Service (SAAS). When you offer hosted HA or DR, you add credibility to your regular HA/DR software sales as well. You can proudly say, "This is the same product we use for our hosted services. So we know it well and trust it fully."

CBSI, in Tulsa, Oklahoma, is doing just that, now that it has replaced the *noMAX software in its hosted HA/DR offering with ITERA HA from Vision. Clients including health care facilities and time-sensitive distributors and manufacturers rely on the CBSI data center.

"Our data center is essentially a bunker, with redundant power and redundant HVAC and other essentials. We offer this System i environment to customers who can't afford additional hardware or don't want to invest in a remote DR facility of their own," said Randy Downing, president of CBSI.

With its highly complex role-swap process, the *noMAX solution was not meeting CBSI's high standards. "The procedure was so complicated that some clients were intimidated to test it—they simply couldn't handle the downtime," said Downing. "With our previous solution, we could never show a successful failover. Now, with ITERA HA, we can do a live role-swap and clients can see for themselves how it really works," he explained.

Congratulations to Randy and CBSI, who have now converted their *noMAX clients to ITERA HA and have already done more additional software deals with ITERA than they ever did with *noMAX.For the whole CBSI story, check out the Case Study.

And if you'd like to learn more about how to replace *noMAX in your territory, or about adding hosted DR to your offerings, contact your Vision Solutions rep or e-mail me at bob.johnson@visionsolutions.com

### New Selling Tools
### And Other Good Stuff

**Vision Director
Flash Demo**
A great tool for a fast, high impact impression.
Available on line HERE!

**Customers or Prospects
Got HACMP?**
**They Need EchoStream!**

Did you know that EchoStream for AIX can add value and extend the capability of IBM's HACMP? It's true! Get the full story with the EchoStream Application Note, found on the MIMIX Support Central site.

### Get your System i
### Management Tips Here!

Check out our new System i Management Tips blog site for expert suggestions that can make your day easier and your System i the best it can be.

Get your Tips _HERE!

**Want a Gadget with That?**

Get the Google Desktop Gadget and get your

## You're In Good Company!

*By Maria Ramos, Director, Territory Marketing*

Did you know that there are over 100 companies highlighted in Case Studies posted on the Partner Portal at VisionSolutions.com? With such a wide variety of industries and Vision solutions represented, you're certain to find some that speak directly to your current prospects.

Have you got a great Vision Solutions story to tell? We'd like to hear from you! And a Vision Case Study can make great promotional piece for you and your customers. Why not let your customers and sales prospects know that you can help them be noticed as a forward thinking and IT smart company, through a Vision Solutions Case Study about their Vision Solutions experience?

If you're interested, contact me by e-mail at Maria.Ramos@visionsolutions.com

## Continuous Improvement:

## Vision Solutions CustomerCare

*By Pete Roble, Senior Vice President of Customer Care*

Even in the midst of the activity of bringing on new products, cross-training staff and integrating systems, customer satisfaction remained our focus in 2007 and continues to be the number one initiative at Vision Solutions.

Measuring customer satisfaction cannot be done overnight. That's why CustomerCare sends out event-driven surveys to capture customer satisfaction levels soon after each call is complete. I'm happy to report that these surveys have helped maintain and improve your satisfaction levels overall. Ending the year with a 94% satisfaction level, despite all the challenges we faced throughout the year of integrating the Vision and Lakeview companies is a great accomplishment for the whole team.

Thanks to all our partners for your feedback. We take all your input very seriously and promise to do our best to live up to your highest expectations.

One of the ways we are able to keep satisfaction levels high is through our participation in the **Service Capability & Performance** (SCP) support standards program. This is an annual program of extensive, independent audits, performed by Service Strategies Corporation, that measures the effectiveness of our

System i Management Tips delivered straight to your desktop. To check it out, go to the Vision Director page and then scroll down to find out how to get the gadget!

## Coming Events

### We Hope to See You at COMMON

With five full days of in-depth System i education opportunities at the beautiful Gaylord Opryland Resort, we know there's a lot already on your agenda. But be sure to take a break and visit us in the Expo at Booth 405 to come and play the **Stop the Downtime Monkey Video Game** for cool prizes!

You can't miss us: We're the BIG booth, right at the front entrance, the one with the crowd having fun!

We look forward to seeing you there!

### Not Going To COMMON?

You can still learn more about Vision's information availability products from the convenience of your office, home or mobile device. Check out our schedule of upcoming live webcasts, view a recorded on-demand webcast or listen to an audio podcast.

### Live Product Demo: Vision Director

Vision Director pro-actively monitors, manages and optimizes IBM System i servers, databases and application environments. It

customer service and support against a stringent set of performance standards representing the best practices in the industry. Throughout 2008, we will continue rolling out this certification and auditing program to all Vision Solutions locations around the globe.

**And talk about Global!** We now have 50+ colleagues in our support staff around the world, ready and able to assist customers and partners as needed. We are continuing to grow in all areas in 2008 and are utilizing current resources to cross train on product lines in areas where needed. Our Follow-the-Sun process model will be enhanced during 2008 and we are also working on building in more self-service capability, to help our customers and partners get the answers they need without having to pick up the phone.

As always, I welcome your ideas and comments. You can reach me at probie@visionsolutions.com or +1 (949) 660-7453

## New, Expanded Options:

## Vision Solutions Education

*By James Lettelleir, Manager, Vision Solutions Education*

### ITERA HA

The new ITERA HA Operations and Administration classes are coming on strong. Attendance has been growing since we first introduced them in November. These two public classes are most popular among customers who want more education after attending their Implementation training, as well as those now responsible for leading HA operations and managing switching / rollover. Be sure to remind your customers about this education opportunity.

In addition, the new certification program is now available for our Partners who would like to install ITERA HA. The ITERA Implementation Certification class is a short, one-week class focused on intensive, practical hands-on learning.

By the end of 2nd quarter we will be rolling out all three ITERA HA class offerings to the EMEA and AP markets. We are currently working out the schedules for these geographies and welcome any input.

### MIMIX HA

MIMIX HA Operations and Administration classes have been fully updated. In response to input from recent attendees, the Operations class now has more focus on daily operations, auditing, and troubleshooting, while the Administration class now has more focus on advanced problem solving, switch readiness, understanding data

provides you with a wealth of system management and optimization functionality that helps you reduce storage usage and improve system performance, while gaining unparalleled visibility into System i resources and processes.

Learn all about Vision Director via a LIVE Product Demonstration delivered via webcast every Wednesday at 11AM CDT. Watch the product in action and have the opportunity to pose your questions as well.

### Upgrading Your System i to Power 6?

You'll want to view this informative on-demand webcast. Experts from IBM and Vision Solutions provide valuable insight on how to upgrade your hardware and your operating system and test your data on the spot.

Migrate While Active from Vision Solutions provides the technology to achieve all of this without the downtime or hassle usually associated with an upgrade.

Get the Webcast HERE!

## *What You Need to Know*

**Register Your Leads Online – It's Easy!**
Go to our Opportunity Registration Form, enter your lead information, press submit. And you're done!

**Download Vision Collateral!**
Go to our Marketing

28/03/2008

synchronization methods, and configuration tuning.

**ORION HA**
We are already preparing for the next release of ORION, creating two new training courses. In line with MIMX and ITERA, we will be offering Orion Operations and Orion Administration classes.

**Open Systems**
For those of you that have customers using our open systems products, we of course continue to offer classes for MIMIX for AIX and Replicate1.

**Courses Coming Soon**
*Director 7*
*Basic i5 Operations*

**Helpful Web Links**
Course Overviews      Course Schedule

Portal to download Vision product brochures, case studies and white papers.

**No password?**   Request one here.

**Hot Off the Presses:**
Read the latest Vision press releases.

---

## May We Help You With Anything Else?

Send us an email with your questions or comments.



Need a fun diversion from the daily grind? Try your skill at capturing as many pesky Downtime Monkeys as you can.

Want to host the game on your site? Contact Bill Rice at bill.rice@visionsolutions.com



Vision Solutions, Inc.
Phone: 1-800-683-4667
Contact Vision's Worldwide Offices



If you no longer wish to receive these emails, please reply to this message with "Unsubscribe" in the subject line or simply click on the following link: Unsubscribe

Vision Solutions
17911 Von Karman Avenue, Suite 500
Irvine, CA 92614 USA

Read the VerticalResponse marketing policy

Powered By
VerticalResponse
TRY IT FREE TODAY

*Matt Staddler*
IT Solutions Group, Inc

28/03/2008

Cell - 847.962 7190
Fax - 847.669.9225
Office 888.210 5232
www.itsolutions-group.com

 **Solutions**
Group, Inc.

_____ Information from ESET Smart Security, version of virus signature database 2968
(20080324) _____

The message was checked by ESET Smart Security.

http://www.eset.com

28/03/2008



*"What impresses me most is that Vision Solutions cares about our customers as much as we do. With iTERA HA for i5/OS, role-swaps are rapid and smooth, monitoring is minimal, and Vision Solutions support is there when we need it."*

Randy Downing, President, CBSI

## Business Profile

Company Name:
Computer Business Solutions, Inc. (CBSI)

Headquarters:
Tulsa, Oklahoma (USA)

Industry:
Computing solutions including data center services

Business Environment:
• Providing advice, products and services for computer business solutions for more than ten years
• Has received some of IBM's highest customer satisfaction ratings
• Named IBM's Fastest Growing Business Partner in the Southwest for three consecutive years, now assists customers across the U.S.

Implementation Team:
• Vision Solutions
• CBSI in-house IT staff

Vision Solutions Product:
iTERA HA for i5/OS

## Critical Issue

Clients including health care facilities and time-sensitive distributors and manufacturers rely on the CBSI data center. CBSI wanted to protect against unexpected downtime and offer flexible, easy ways to manage planned downtime.

## Results

• Live role swap can be easily demonstrated in the CBSI data center.
• Role swap takes less than a half hour, compared to hours or even days in the past.
• Virtual role swap is available as an option, testing about 95 percent of the role-swap functions without impacting production.
• Vision Solutions support is dependable and fast.
• Monitoring takes only minutes a day.
• CBSI can offer HA with confidence to new and existing data center clients.

## Technologies

• iTERA™ HA for i5/OS®
• IBM® System i servers
• Variety of vital systems and applications for clients in a wide range of industries

## Business Challenge

CBSI has been serving IBM users since 1994, helping them make IT-related decisions that bring the most value to their businesses. With expertise to tackle current technology challenges, CBSI also helps businesses make strategic plans to take advantage of future opportunities.

Serving a growing roster of clients in transportation, distribution, manufacturing, food processing, health care and other industries, CBSI offers a wide range of computing solutions including data center services.

"Our data center is essentially a bunker, with redundant power and redundant HVAC and other essentials. We offer this System i environment to customers who can't afford additional hardware or don't want to invest in a remote DR facility of their own," said Randy Downing, president of CBSI.

For CBSI and its customers, high-availability (HA) and disaster recovery (DR) capabilities are a vital part of taking care of business.

"Our customers want the confidence that their data and IT resources are protected in the event of unexpected downtime," said Downing. "And planned downtime can also be very expensive, especially in a high-transaction environment. One of our clients reported every minute of downtime costs his company $18,000."

With a highly complex role-swap process, the existing HA solution was not meeting CBSI's high standards. "The procedure was so complicated that some clients were intimidated to test it—they simply couldn't handle the downtime. We realized our existing HA solution was not dynamic enough and it was time for a change," said Downing.



**iTERA HA**

visionsolutions.com

## Solution

"The more we knew about the capabilities of iTERA HA, the more apparent it became that this was a premier package," said Downing.

CBSI decided to implement iTERA HA for i5/OS from Vision Solutions at its data center and offer iTERA HA to CBSI clients looking for a DR solution.

"When we demo iTERA HA here in our data center, people are amazed," Downing said. "With our previous solution, we could never show a successful failover. Now, with iTERA HA, we can do a live role-swap and clients can see for themselves how it really works," he explained.

Keith Hall, Professional Services Manager at CBSI, noted that an iTERA HA role swap takes only about 20 to 30 minutes. "It could take hours or even days with our previous HA solution. And iTERA also offers the option of a virtual role-swap which tests about 95 percent of the role-swap functions without impacting production," Hall said. "Our clients are excited about having the flexibility to manage planned downtime," he added.

Reliable support was a key element in selecting iTERA HA. "Everyone at Vision Solutions from the top down really cares that each implementation is a success. When we call or email with questions, they're answered rapidly," Downing noted.

"Some customers were concerned about the responsibility for monitoring HA, and now we show them it's only a matter of minutes a day with iTERA HA," said Downing. "There's no need for additional IT resources, and you can set up an alert so that you don't even need to be on site," he said.

"iTERA HA is intuitive, user friendly, and reliable, and we know we're providing the protection CBSI clients need," said Downing. "Last year we had the worst ice storm in state history, and it was a reminder that emergencies do happen. With iTERA in place, we can help our clients face tough possibilities with confidence," he concluded.

© Copyright 2008 Vision Solutions, Inc. All rights reserved. IBM and System i are trademarks of International Business Machines Corporation. CS_iTera_CBSI_E_080221_PRINT

## Exhibit E

CLENDONS

BARRISTERS & SOLICITORS

Level 1 Levy Building, Cnr Commerce & Customs Sts PO Box 1305, DX CP 24502
Auckland, New Zealand T +64-9- 306 8000 F +64 9-306 8009 www.clendons.co.nz

Wednesday, 26 March, 2008

Attention:     Mr Nicolaas Vlok, President and Chief Executive Officer
               Mr Bob Johnson, Senior Vice President, Sales

Vision Solutions, Inc
17911 Von Karman Avenue, Suite 500
Irvine, CA 92614
USA

By email

Dear Sirs

### UNLAWFUL PARTNERWIRE BULLETIN

We act for Maximum Availability Limited.

We refer to an email from Mr Allan Campbell, Chief Executive Officer of Maximum Availability, to Mr Johnson
(copy to Mr Vlok) sent on 10.18am 22 March 2008 (NZ time/date).

In his email of 22 March 2008, Mr Campbell identifies that an article included in the Vision Solutions
"PartnerWire" bulletin included confidential and inaccurate information, and demanded:

*   That no further material in relation to Maximum Availability, its dealings with CBSI, and/or Maximum
    Availability's products and services be distributed by your Company; and

*   That all such materials previously released are withdrawn immediately.

Those demands remain current. It is clear that the information in the PartnerWire bulletin was unlawful and
defamatory of Maximum Availability.

Maximum Availability is considering its position at law and reserves its rights in all respects. In the meantime,
Vision must:

(i)     Cease distribution of the PartnerWire bulletin;

(ii)    Advise all recipients of that bulletin that it must not be disseminated further; and

(iii)   Provide to us a complete list of all recipients of the bulletin without delay.

CLENDONS
BARRISTERS & SOLICITORS

Yours faithfully
CLENDONS

James Carnie
Principal

Email:          james.carnie@clendons.co.nz
Direct Dial:    09 306 8002

c.c.:           Client

*Letter to Vision Solutions, Inc*
UNLAWFUL PARTNERWIRE BULLETIN

P 2