| | |
|---|---|
| 1 | KENNETH L. WILTON (SBN 126557) |
| | E-Mail: kwilton@seyfarth.com |
| 2 | SEYFARTH SHAW LLP |
| | 2029 Century Park East, Suite 3500 |
| 3 | Los Angeles, California 90067-3021 |
| | Telephone: (310) 277-7200 |
| 4 | Facsimile: (310) 201-5219 |
| 5 | ROBIN M. CLEARY (SBN 192489) |
| | E-mail: rcleary@seyfarth.com |
| 6 | SEYFARTH SHAW LLP |
| | 560 Mission Street, Suite 3100 |
| 7 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 8 | Facsimile: (415) 397-8549 |
| 9 | Attorneys for Defendants |
| | VISION SOLUTIONS, INC. and WILLIAM HAMMOND |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMUM AVAILABILITY LIMITED, a New Zealand limited liability company, | Case No. Case No. CV-09-5745 (CRB) |
| Plaintiff, | [~~PROPOSED~~] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE ON PENDING MOTIONS |
| v. | |
| VISION SOLUTIONS, INC., a Delaware corporation; WILLIAM HAMMOND, an Individual, | Date: February 19, 2010 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 8 |
| | Judge: Hon. Charles R. Breyer |
| Defendants. | Complaint Filed: December 7, 2009 |

[PROPOSED] ORDER REGARDING STIPULATION ON
BRIEFING SCHEDULE ON PENDING MOTIONS - CASE NO. CV-09-5745 (CRB)

**ORDER**

The Court, having read and reviewed the Stipulation Regarding Briefing Schedule On Pending Motions jointly submitted by the parties, rules as follows:

1. The Reply brief of Defendant Vision Solutions, Inc. ("Vision") on its motion to transfer venue shall be filed on or before February 9, 2010;

2. The Reply brief of Defendant William Hammond ("Hammond") on his motion to dismiss shall be filed on or before February 9, 2010;

3. The Amended Opposition of Vision to the motion for preliminary injunction filed by Plaintiff Maximum Availability Limited ("Maximum") shall be filed on or before February 9, 2010; and

4. The Reply brief of Maximum in support of its motion for preliminary injunction shall be filed on or before February 15, 2010.

IT IS SO ORDERED.

Dated: __February 05____, 2010

_____
The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer