# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1488-GW(RZx) | Date | June 28, 2010 |
|---|---|---|---|
| Title | *Maximum Availability Limited v. Vision Solutions, Inc., et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Walter Ledge | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Micah R. Jacobs                    Kenneth L. Wilton

**PROCEEDINGS:   SCHEDULING CONFERENCE**

Hearing is held.  The Court sets the following:

| | |
|---|---|
| Last day to add parties and/or amend pleadings | July 6, 2010 |
| Mediation cutoff | September 8, 2010 |
| Post-Mediation Status Conference | **September 9, 2010 at 8:30 a.m.** |
| Discovery cutoff | November 22, 2010 |
| Expert discovery cutoff | December 20, 2010 |
| Motion hearing cutoff | January 20, 2011 |
| Pretrial Conference | **February 17, 2011 at 8:30 a.m.** |
| Jury Trial | **March 1, 2011 at 9:00 a.m.** |

: 08

Initials of Preparer    JG