JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAXIMUM AVAILABILITY LIMITED, a New Zealand limited liability company<br><br>Plaintiff,<br><br>v.<br><br>VISION SOLUTIONS, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No. CV 10-1488-GW(RZx)<br><br>**FINAL JUDGMENT AND CONSENT INJUNCTION** |

**WHEREAS**, on May 20, 2010, this Court entered its Order Re Preliminary Injunction as Docket No. 72 (the "Injunction");

**WHEREAS**, on May 13, 2013, this Court granted the motions for partial summary judgment filed by Defendants Vision Solutions, Inc., Eva Succi, and Sirius Computer Solutions, Inc. (collectively "Defendants") and dismissed the first claim for relief for false advertising in violation of the Lanham Act and the fourth claim for relief for trade libel asserted in Plaintiff Maximum Availability Limited's Fourth Amended Complaint; and

**WHEREAS**, Plaintiff Maximum Availability Limited voluntary dismissed

without prejudice the second and third claims for relief asserted in the Fourth Amended Complaint, namely for violations of California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.* and California's False Advertising Law, Cal. Bus. & Prof. Code §§ 17500, *et seq.*, conditioned upon the Injunction in this action remaining in place pending appeal,

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Plaintiff Maximum Availability Limited take nothing on its first claim for relief for false advertising in violation of the Lanham Act and its fourth claim for relief for trade libel; and that judgment be entered in favor of Defendants on those claims;

2. Plaintiff's claims for violations of California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, et seq., and for violations of California's False Advertising Law, Cal. Bus. & Prof. Code §§ 17500 are dismissed, without prejudice; and

3. By consent of the parties, the Order Re Preliminary Injunction entered by the Court on May 20, 2010 [Dkt. # 72] remains in effect during the period after this judgment is entered, and until the time for appeal has expired, or, if an appeal is taken, until jurisdiction is returned to the District Court, with no admission of liability by the Defendants.

Dated: December 19, 2013.

                                          Hon. George H. Wu
                                          United States District Judge